<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6596**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ULISES KEVELIER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Terrence W. Boyle, Chief District Judge. (CR-96-62)

Submitted: August 23, 2001          Decided: August 30, 2001

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ulises Kevelier, Appellant Pro Se. Yvonne Victoria Watford-McKinney, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ulises Kevelier appeals from the district court's order denying his motion to compel the Government to file a motion for a sentence reduction. We have reviewed the record and the district court's order and find no reversible error. Our review of the record reveals that the Government was not required by the plea agreement to file a motion for reduction of sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED